INDIANA WINDOW GLASS COMPANY *v.* MAUCK.

[No. 10,824.    Filed October 13, 1920.    Rehearing denied December 22, 1920.]

MASTER AND SERVANT.—*Workmen's Compensation.—Independent Contractor.*—One hired at a price per ton to shovel coal from railroad cars to a bin, tools being furnished him by employer, is an employe under the Workmen's Compensation Act (Acts 1915 p. 392, §80201 *et seq.* Burns' Supp. 1918) and not an independent contractor.

From Industrial Board of Indiana.

Proceedings for compensation under the Workmen's Compensation Act by Wyatt M. Mauck against the Indiana Window Glass Company. From the award made, the employer appeals. *Affirmed.*

*Turner, Merrell & Locke,* for appellant.
*W. A. Cullop,* for appellee.

NICHOLS, J.—This action was by appellee against ap-

pellant before the Industrial Board praying compensation for injuries suffered by appellee while unloading coal from railroad cars to appellant's producing bin by shoveling it out of the car into the bin. Appellant furnished appellee the tools to work with and paid appellee a price per ton for his services.

The question presented is whether appellee was an employe or an independent contractor. The substantial facts being undisputed, the case falls within the rule announced in the case of *Muncie Foundry, etc., Co.* v. *Thompson* (1919), 70 Ind. App. 157, 123 N. E. 196. See, also, *Cinofsky* v. *Industrial Commission* (1919), 290 Ill. 521, 125 N. E. 286. Upon the authority of *Muncie Foundry, etc., Co.* v. *Thompson, supra,* the judgment is affirmed.